IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DERRICK R. FRAZIER                                               PLAINTIFF

v.                     No. 3:23-cv-211-DPM-BBM

BRAD SNYDER, Sheriff, Greene County;
SHEILA ROBERTSON, Jail Administrator,
Greene County Detention Center; JACOB
WHITE, Jail Supervisor, Greene County
Detention Center; and JASMINE
SANCHEZ Compliance Officer, Greene
County Detention Center                                       DEFENDANTS

ORDER

Unopposed partial recommendation, *Doc. 5*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Frazier's procedural due process and conditions-of-confinement claims against Officer Sanchez go forward. His remaining claims are dismissed without prejudice for failure to state a claim. The Court instructs the Clerk to terminate Sheriff Snyder, Administrator Robertson, and Supervisor White as defendants in this case.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2024